IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CRIMINAL NO. 10-30036-DRH |
| | ) |
| WILMER OMAR MENDEZ-NUNEZ and | ) |
| ALEXANDER ACOSTA-LEAL, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Before the Court is the Government's Motion for an Order Remanding Material Witnesses to the Custody of Immigration and Customs Enforcement (Doc. 57). Specifically, the Government moves to remand Claudia Isabel Juarez-Matamoros and Aurelio Luis Cardona-Recancoj to the custody of the United States Immigration and Customs Enforcement as they are no longer needed to serve as witnesses because Defendants have pled guilty in this case. Accordingly, the Court **GRANTS** the Government's motion for remand (Doc. 57). Upon motion of the United States of America and for good cause shown, the detention hearing set for May 10, 2010, at 11 a.m. is cancelled, and custody of Claudia Isabel Juarez-Matamoros and Aurelio Luis Cardona-Recancoj is hereby remanded to the United States Immigration and Customs Enforcement.

IT IS SO ORDERED.

/s/    David R Herndon
CHIEF JUDGE
United States District Court

DATED: May 7, 2010